**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8176**

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

  v.

MUJADDID RAHIM MUHAMMAD, f/k/a Stacey Lamar Marsh,

     Defendant - Appellant.

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.   Robert C. Chambers,
District Judge.  (3:91-cr-00114-2)

Submitted:  May 28, 2009       Decided:  June 3, 2009

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mujaddid Rahim Muhammad, Appellant Pro Se.  John J. Frail,
Assistant United States Attorney, Charleston, West Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mujaddid Rahim Muhammad appeals the district court's order granting his motion to reduce his sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006), and the order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Muhammad, No. 3:91-cr-00114-2 (S.D.W. Va. Mar. 28, 2008; Sept. 24, 2008); see United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009), petition for cert. filed, 77 U.S.L.W. 3559 (U.S. Mar. 20, 2009) (No. 08-1185). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED